# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CHAN LAI,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER, Warden,<br><br>    Respondent. | Case No. 1:14-cv-01775-LJO-EPG-HC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(ECF No. 29) |

    Petitioner is a federal prisoner who had filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 21, 2015, the Court adopted the Magistrate Judge's findings and recommendation, granted Respondent's motion to dismiss, dismissed the petition as it did not allege cognizable grounds for a petition pursuant to 28 U.S.C. § 2241, and declined to issue a certificate of appealability because it was a successive § 2255 petition disguised as a § 2241 petition.

    A petitioner may file a motion for reconsideration of a final judgment, and the motion may be treated as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) or as a motion for relief from judgment or an order under Federal Rule of Civil Procedure 60(b). Rule 59(e) provides that "[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment." Petitioner filed his motion for reconsideration on

November 16, 2015, which is within 28 days of the entry of judgment, so the Court considers Petitioner's motion under Rule 59(e). Respondent did not file a response to Petitioner's motion for reconsideration.

Petitioner's arguments do not merit reconsideration of the dismissal. As stated in the order to adopt, the petition actually challenges Petitioner's sentence and conviction, and not the execution of the sentence. Petitioner does not qualify for the savings clause, and therefore, the petition is actually a § 2255 petition. Petitioner has not presented any arguments to warrant reconsideration of the Court's October 21, 2015 order. Therefore, the motion must be denied.

Accordingly, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: **January 8, 2016**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE